1
2
3
4
5
6
7
8                        IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10    ALEXIOS ALEXANDER,

11            Plaintiff,                      No. CIV S-12-0445 EFB P

12        vs.

13    CALIFORNIA DEPARTMENT OF
      CORRECTIONS AND REHABILITATION,
14    et al.,

15            Defendants.                     ORDER

16    _____/

17        Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations.

18    *See* 42 U.S.C. §1983.

19        To proceed with a civil action a plaintiff must pay the $350 filing fee required by 28

20    U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit the affidavit and trust

21    account statement required by 28 U.S.C. § 1915(a).

22        Plaintiff has neither paid the fee nor submitted a proper application for leave to proceed

23    in forma pauperis.

24        Accordingly, plaintiff has 30 days from the date of service of this order to submit either

25    the filing fee or the application required by § 1915(a).  The Clerk of the Court is directed to mail

26    ////

                                              1

to plaintiff a form application for leave to proceed in forma pauperis.  Failure to comply with this order will result in a recommendation that this action be dismissed.

So ordered.

DATED:  February 29, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE