1
2
3
4
5
6
7
8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ALEXIOS ALEXANDER,

11             Plaintiff,                 No. 2:12-cv-0445 WBS EFB P

12        vs.

13   CALIFORNIA DEPARTMENT OF
     CORRECTIONS AND REHABILITATION,
14   et al.,

15             Defendants.               ORDER

16   _____/

17        Plaintiff is a state prisoner proceeding without counsel and in forma pauperis in an action

18   brought under 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302

19   pursuant to 28 U.S.C. § 636(b)(1).

20        Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $350 filing fee required by 28

21   U.S.C. § 1914(a).  Plaintiff is assessed an initial partial filing fee of 20 percent of the greater of

22   (a) the average monthly deposits to plaintiff's trust account; or (b) the average monthly balance

23   in plaintiff's account for the six-month period immediately preceding the filing of the complaint.

24   28 U.S.C. § 1915(b)(1).  Thereafter, plaintiff must make monthly payments of 20 percent of the

25   preceding month's income credited to his trust account.  28 U.S.C. § 1915(b)(2).

26   ////

1

1    The agency having custody of plaintiff is required to forward to the Clerk of the Court

2    the initial partial filing fee, if funds exist, as well as payments from plaintiff's account each time

3    the amount in the account exceeds $10, until the filing fee is paid.  *Id.*

4    The Clerk of the Court shall serve a copy of this order and a copy of plaintiff's in forma

5    pauperis application upon the Director of the California Department of Corrections and

6    Rehabilitation and deliver a copy of this order to the Clerk's financial division.

7    So ordered.

8    Dated:  July 24, 2012.

9    EDMUND F. BRENNAN
     UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26